George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Interested Party
New Jersey Community &
Property Redevelopment Inc.



**Order Filed on June 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF | Chapter 11 Proceedings |
| King Estates LLC | Case No. 24-20454 |
| Debtor(s) | Judge: Christine M. Gravelle |
| | Hearing Date: June 24, 2025 |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: June 24, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page 2
Interested Party: New Jersey Community & Property Redevelopment Inc.
Case No: 24-20454 CMG
Caption of Order: Order Granting Motion for Relief from Stay

After review of the Interested Party, New Jersey Community & Property Redevelopment Inc.'s Motion for Relief from the Automatic Stay as hereinafter set forth, and for cause shown,

**IT IS** hereby **ORDERED** that the Motion is **GRANTED** and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following Properties:

(1) 120 Coddington Avenue, Somerset NJ 08873

It is further **ORDERED** that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the Sheriff Sale Auction.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that this Stay shall extend to both the interested Party and also the Plaintiff 1900 Capital Trust II by US Bank Trust National Association, not in it's individual capacity but solely as certificate trustee and to Plaintiff's Counsel Leopold & Associates.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.